IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3026 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CEDRIC VON BLUFORD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)   The government's objection (filing no. 101), is granted.

2)   The defendant's Motion to Review Order of Detention requesting his release to reside with his mother, Linette Bluford, (filing no. 100), is denied.

DATED this 30th day of March, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge