IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3026 |
| | ) | |
| v. | ) | |
| | ) | |
| CEDRIC VON BLUFORD, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The parties have conferred with the court and state they are currently exploring the facts and available options for final resolution of this case. The trial has been set for July 18, 2011 in accordance with the parties schedules and to afford them time to consider and negotiate a plea, if appropriate, in lieu of preparing for trial. Accordingly,

IT IS ORDERED that based upon the representations of counsel for both parties, the Court finds the ends of justice served by extending the trial date to July 18, 2011 outweigh the interest of the defendant and the public in a speedy trial. Accordingly, with the consent of the parties, the time between the pretrial motion deadline, May 31, 2011, and the trial date, July 18, 2011, shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 6th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge