IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3026-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CEDRIC VON BLUFORD, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the Clerk of Court shall send the defendant a copy of his docket sheet.  Otherwise, the defendant's motion for status (filing 150) is denied.

    Dated February 11, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge