IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:08CR3026 |
| vs. | ) ) | |
| CEDRIC VON BLUFORD, | ) ) | Order |
| Defendant. | ) ) ) | |

Before the Court is the request for transcript of hearing held on 12/16/11 [163].

IT IS ORDERED:

1. The request for transcript, filing [163] is granted.

2. Cedric Von Bluford, is ordered to pay to the Clerk of Court the amount of $91.25. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $91.25, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on 12/16/11. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

Dated: July 21, 2014

BY THE COURT:

s/ *Richard G. Kopf*
United States Senior District Judge