IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3026 |
| | ) | |
| V. | ) | |
| | ) | |
| CEDRIC VON BLUFORD, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

     Mr. Von Bluford has filed a motion that appears to seek relief under the Fair Sentencing Act *of 2010* relating to crack cocaine. (Filing no. 165.) I am in receipt of a 2014 Drug Retroactivity Sentencing Worksheet that suggests that he may be entitled to a 2-level reduction pursuant to Amendment 782 rather than the Fair Sentencing Act of 2010. (Filing no. 170.) Indeed, with 6.33 kilograms of crack attributable to him, it would appear that the Fair Sentencing Act of 2010 would afford Mr. Von Bluford no relief (*see* drug quantity table in 2012 Manual), but Amendment 782 would seem to reduce his base offense level by two levels and consequently his sentence by up to 33 months. (*See* proposed amended drug quantity table, available at U.S.S.C. web site (under the category "Amendment Process" on opening screen) styled "'Reader-Friendly' Version of Final Amendments (Effective November 1, 2014).)" at pp. 29-30.)

     The Federal Public Defender, or his designate, has been appointed to represent the defendant (filing no. 166 (text only order)) but no lawyer has entered an appearance on this specific matter. Joseph Gross also appears as counsel under the CJA.

     As a result,

IT IS ORDERED that:

1. No later than the close of business on Monday, September 8, 2014:

   A. The Federal Public Defender or his designate shall promptly enter a new appearance *on this matter*.

   B. The Federal Public Defender and Mr. Gross shall consult and clarify their status. The Clerk shall notice both of them on this order.

2. Upon the entry of an appearance of a lawyer for Mr. Von Bluford *on this matter*, my judicial assistant shall schedule a telephone status conference with the prosecutor and the defense lawyer.

3. The Clerk shall mail a copy of this Memorandum and Order to Mr. Von Bluford.

DATED this 29th day of August, 2014.

                                        BY THE COURT:

                                        *Richard G. Kopf*
                                        Senior United States District Judge