IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CEDRIC VON BLUFORD, | ) | |
| | ) | |
| Defendant. | ) | |

Today I conferred with counsel regarding filing 165, which in reality is a motion for a 2 level reduction pursuant to Amendment 782 of the Sentencing Guidelines. After consultation with counsel,

IT IS ORDERED that:

(1) It is my intention to reduce the defendant's prison sentence by 33 months. That is, to a prison sentence of 135 months. Pursuant to Amendment 782, the defendant would not be eligible for release prior to November 1, 2015.

(2) My courtroom deputy shall prepare and submit to me an Amended Judgment and Committal Order consistent with this order on or about November 3, 2014.

(3) The Clerk shall mail a copy of this order to the defendant and give notice to counsel.

Dated September 24, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge