IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3026-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CEDRIC VON BLUFORD, | ) | |
| | ) | |
| Defendant. | ) | |

　　　IT IS ORDERED that the defendant's motion for reconsideration (filing 178) is denied. See filing 171. The Clerk of Court shall send the defendant copies of this order and filing 171.

　　　Dated October 20, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Senior United States District Judge