IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3026-2 |
| v. | ) | |
| CEDRIC VON BLUFORD, | ) | ORDER |
| Defendant. | ) | |

The undersigned received a letter from the defendant (filing no. 194) and a 2019 First Step Act Retroactive Sentencing Worksheet (filing no. 193) from the Probation Office. The Probation Office has determined that the defendant is not eligible for relief under the First Step Act. Accordingly,

IT IS ORDERED that:

(1) The defendant's letter (filing no. 194), treated as a motion, is denied.

(2) The Clerk shall mail a copy of this order to the defendant at his last known address, as well as to Federal Public Defender David Stickman and Assistant United States Attorney John Higgins.

DATED this 26th day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge